NO. 12CR2430

2014 DEC -8 AM 9:34

THE STATE OF TEXAS

V.

RALPH GARCIA, JR

§
§
§
§
§

IN THE DISTRICT COURT OF

GALVESTON COUNTY, TEXAS

405TH JUDICIAL DISTRICT

FILED IN
COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 7:54:36 PM
CHRISTOPHER A. PRINE
Clerk

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this _8th_ day of _December_, 2014, came to be heard the Defendant's Motion for Substitution of Counsel in the above referenced cause. The Court, having considered the evidence, is of the opinion that said Motion should be in all things: GRANTED / DENIED.

It is therefore ORDERED, ADJUDGED, AND DECREED by the Court that Joseph Salhab is substituted for Kevin Stryker as attorney of record in the above action.

_____
JUDGE PRESIDING

12-CR-2430
DCORSCO
Order Substituting Counsel
961726